## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.1
### Eastern Division

Depositors Insurance Company

                  Plaintiff,

v.                                      Case No.: 1:19–cv–07480

                                      Honorable Robert W. Gettleman

Joliet HI Hotels, et al.

                  Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, December 9, 2019:

       MINUTE entry before the Honorable Robert W. Gettleman: On Stipulation [6] and pursuant to Federal Rule of Civil Procedure 42(a)(1)(A)(i) this case is dismissed without prejudice and without costs. Civil case terminated. Mailed notice (cn).

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.